UNITED STATES OF AMERICA

STATE OF LOUISIANA

THIRTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

-   -   -   -   -   -

I, <u>CONNIE SPENCER</u>, CHIEF DEPUTY CLERK OF COURT OF THE

THIRTY-FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST.

BERNARD, DO HEREBY CERTIFY, that the attached record consisting of <u>8 PAGES</u> is

a true copy of the original record on file in the Court, No. <u>#21-0990</u>, entitled

<u>MARGARET CHASTAIN VERSUS NEW ORLEANS PADDLEWHEELS, INC.</u> filed

<u>JULY 12, 2021</u>.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of

this said court, at the City of Chalmette, on this <u>18TH</u> day of <u>AUGUST, 2021</u>.

*Connie Spencer*

CONNIE SPENCER
CHIEF DEPUTY CLERK OF COURT

EAC

**EXHIBIT**

**C**

tabbies®

34ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

21-0990

No. _____                                              SECTION: "____"

MARGARET CHASTAIN

versus

NEW ORLEANS PADDLEWHEELS, INC.

FILED: _____JUL 12 2021_____     _Randy S. Nunez_
                                                    Deputy Clerk

## PETITION FOR DAMAGES

The petition of Margaret Chastain, a citizen of the State of Tennessee and a person of the full age of majority, alleges upon information and belief as follows:

I.

Made defendant herein is New Orleans Paddlewheels, Inc., a domestic corporation.

II.

On March 4, 2020, petitioner was a fee-paying passenger aboard the M/V Creole Queen, a passenger vessel owned and operated by New Orleans Paddlewheels, Inc.

III.

While aboard the M/V Creole Queen as aforesaid, the vessel was cruising down the Mississippi River to the Chalmette Battlefield within this parish and state, when an announcement was made over the vessel's PA system advising passengers that the ship was preparing to dock at the Chalmette Battlefield and that this would be a good opportunity for passengers to head to the ship's bar for a drink.

IV.

Having heard the aforesaid announcement, petitioner headed toward the bar which necessitated descending an interior stairway on the vessel.

V.

As petitioner began the process of descending the stairway, the vessel violently jolted as it struck the mooring facility causing her to lose her balance and tumble down the stairs,

1

striking her head and other parts of her body in the process.

VI.

The incident described above did not result from any fault or neglect on the part of your petitioner, rather, this easily preventable accident resulted from the sole fault or neglect on the part of defendant, to-wit:

    (a)   negligently striking the mooring facility with such force as to cause a jolt to passengers on the vessel;

    (b)   failing to warn of the potential for a jolt or a bump;

    (c)   inviting passengers to approach the bar which in many instances would necessitate the use of the stairway at a time when those in control of the vessel knew or should have known of the likelihood of a bump during the mooring process which would put those on the stairway in immediate jeopardy; and

    (d)   all such other negligent acts or omissions as may come to light during the discovery phase of this case.

VII.

As a consequence of the incident described above, petitioner has sustained serious, permanent, painful and disabling injuries for which damages are claimed from defendant including past and future medical expenses, past and future physical pain and suffering and past and future mental anguish, emotional distress, disability and loss of enjoyment of life; petitioner hereby claims all such sums as will fully and fairly compensate her for these injuries and losses and in such amount as maybe determined by the finder of fact at the time of trial; as required by law, petitioner maintains that her damages exceed $50,000, exclusive of interest and costs.

VIII.

Petitioner is entitled to and hereby demands trial by jury with regard to all issues.

WHEREFORE, petitioner prays that the defendant be cited and served with a copy of this petition compelling it to appear and answer same and, after all due proceedings had herein, that judgment be entered in favor of petitioner for all losses itemized above, together with all costs of these proceedings, interest from the date of judicial demand, and any and all

other relief which may be available under the circumstances.

Respectfully submitted:

SCOTT E. SILBERT (#12068)
Silbert, Pitre & Friedman
909 Poydras Street, Suite 2130
New Orleans, Louisiana 70112
Ph: (504) 581-6200
Fx: (504) 584-5270
Email: Scott@spflawyers.com
COUNSEL FOR PETITIONER

## PLEASE SERVE:

NEW ORLEANS PADDLEWHEELS, INC.,
through its agent for service of process:
Craig Smith
4220 Howard Avenue
New Orleans, LA 70125

Emily A. Carlin

3



# Silbert, Pitre & Friedman
### ATTORNEYS AT LAW

Scott E. Silbert [1]
David Pitre [2+]
Jonathan P. Friedman [3]
W. Gregory Merritt [3]

R. Justin Garon
Retired

909 Poydras Street, Suite 2130
New Orleans, LA 70112
Phone (504) 581-6200
Fax (504) 584-5270
spflawyers.com
scott@spflawyers.com

MISSISSIPPI OFFICE
(228) 822-2404

1 Admitted in Louisiana and Colorado
2 Admitted in Mississippi and Louisiana
3 Admitted in Louisiana
+ Board Certified in Civil Trial Advocacy

July 8, 2021

*Attention:*  *Civil Filing*
              *NEW SUITS*

Clerk of Court
34th Judicial District Court
Parish of St. Bernard
1101 W. St. Bernard Highway
Chalmette, LA 70043

**FILED**

JUL 12 2021

CLERK OF COURT
ST. BERNARD PARISH

*Re:  Margaret Chastain vs. New Orleans Paddlewheels, Inc.*

Dear Sir/Madam:

Enclosed herewith please find the original civil cover sheet and original and two copies of the Petition for Damages in the referenced suit. Please file of record, forward a copy to the Sheriff for service on the defendant, and return a conformed copy to me in the self-addressed, stamped envelope provided herein.

My firm's check in the amount of $350 is enclosed to cover the cost of filing and service on the defendant.

Thanking you for your courtesies and assistance, I am

Very truly yours,

SCOTT E. SILBERT

SES/db
Enclosures
cc:   Ms. Margaret Chastain (w/encl. via email)

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 21-0990                                               DIVISION " D "

MARGARET CHASTAIN

VERSUS

NEW ORLEANS PADDLEWHEELS, INC.

FILED: _____JUL 1 2 2021_____

DEPUTY CLERK
/S/ SHANNON A. WHITFIELD

## JURY ORDER

Considering the request for a jury trial filed herein:

**IT IS ORDERED** that this matter shall be tried by a jury, subject to compliance with the requirements and in accordance with La. R.S. 13:3049(B) and La. C.C.P. Article 1734.1, requiring cash deposits in lieu of bond to defray the additional costs of a jury trial;

1.  The party seeking the trial by jury shall make a cash deposit for jury costs, in lieu of a jury bond, in an amount of **Two Thousand ($2,000.00) and no/100 Dollars** for the first day and **Four Hundred ($400.00) and no/100 Dollars** per day for each additional day. The deposit shall be made thirty (30) days prior to the commencement of the jury trial.

2.  Payment of jury fees contemporaneously with the jurors' performance of their jury service is essential to the proper administration of justice. Accordingly, a party requesting trial by jury shall deposit with the Clerk of Court, no later than one hour before the date set for trial, the following sums to be used for the payment of jury fees: $2,000.00 for the first day of trial and $400.00 for each additional day of the trial.

3.  In the event the party requesting the jury trial fails to make the deposit for jury costs, such failure shall entitle any other party to this litigation to request a jury trial within ten (10) days after the date on which the deposit for jury costs were due by the party initially requesting the jury trial, by compliance with the requirements of law and this order in timely making the required deposits to pay the additional costs of a jury trial.

4.  The failure of the party initially requesting the jury trial or any other party to timely post the required deposits shall result in a waiver of the right to a trial by jury and no jurors may be summoned for service as jurors in this trial.

5.  On the date on which the jury trial is commenced and during the course of the trial, the Court shall require the cash deposit of additional sums to pay expenses and costs in excess of the cash deposit provided for herein.

6.  The Court may require an additional amount to be filed during the trial if the deposits are insufficient to pay jury costs.

This Order is entered at Chalmette, Louisiana, on this _16_ day of _July_, 2021 .

DISTRICT JUDGE

Requested by:
SCOTT E. SILBERT
ATTORNEY FOR MARGARET CHASTAIN
(504) 581-6200

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:

_Margaret Chastain_        vs. _New Orleans Paddlewheels, Inc_

Court: _34th JDC_          Docket Number: _21-0990_

Parish of Filing: _St Bernard_     Filing Date: _____

Name of Lead Petitioner's Attorney: _Scott E. Silbert_

Name of Self-Represented Litigant: _____

Number of named petitioners: _1_        Number of named defendants: _1_

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- __ Auto: Personal Injury
- __ Auto: Wrongful Death
- __ Asbestos: Property Damage
- __ Product Liability
- __ Intentional Bodily Injury
- __ Intentional Wrongful Death
- __ Business Tort
- __ Defamation
- __ Environmental Tort
- __ Intellectual Property
- __ Legal Malpractice
- __ Other Professional Malpractice
- _x_ Maritime
- __ Wrongful Death
- __ General Negligence

- __ Auto: Property Damage
- __ Auto: Uninsured Motorist
- __ Asbestos: Personal Injury/Death
- __ Premise Liability
- __ Intentional Property Damage
- __ Unfair Business Practice
- __ Fraud
- __ Professional Negligence
- __ Medical Malpractice
- __ Toxic Tort
- __ Other Tort (describe below)
- __ Redhibition
- __ Class action (nature of case)

**FILED**
JUL 1 2 2021
CLERK OF COURT
ST. BERNARD PARISH

Please briefly describe the nature of the litigation in one sentence of additional detail:
_M/v Creole Queen struck mooring facility causing petitioner to fall down stairs_

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name _Scott E Silbert_     Signature _____

Address _939 Poydras St, Suite 2130, NOLA 70112_

Phone number: _504/581-6200_     E-mail address: _Scott@spslawyers.com_

# CITATION

MARGARET CHASTAIN

VERSUS

NEW ORLEANS PADDLEWHEELS, INC.



Case No.: *21-0990*

Division: "*D*"

34th *Judicial District Court*
*Parish of St. Bernard*
*State of Louisiana*

TO: **NEW ORLEANS PADDLEWHEELS, INC.**
**THROUGH ITS AGENT FOR SERVICE OF PROCESS:**
**CRAIG SMITH**
**4220 HOWARD AVENUE**
**NEW ORLEANS, LA 70125**

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES AND JURY ORDER**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy., Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 20TH day of JULY, 2021.

Randy S. Nunez
Clerk of Court
Parish of St. Bernard

SAW: **CHASTAIN**

By: /S/ SHANNON A. WHITFIELD
_____
Deputy Clerk
/S/ SHANNON A. WHITFIELD

*www.stbclerk.com*

_____

**DOMICILIARY**
Date Received by the Parish of St. Bernard: _____
Date Served: _____
Address Served: _____
Domiciliary Service on: _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same.
Service intended for: _____ a person domiciled at the above address but was absent at the time of service.

Returned to Parish of St. Bernard this_____ day of _____, _____.

_____
Sheriff

**PERSONAL**
Date Received by the Parish of St. Bernard: _____
Date Served: _____
Address Served: _____
Personal Service on: _____
Returned to Parish of St. Bernard _____, _____.

_____
Sheriff

MAKE RETURN

# CITATION

MARGARET CHASTAIN

VERSUS

NEW ORLEANS PADDLEWHEELS, INC.



FILED

AUG 09 2021

Case No.: **21-0990**

Division: "*D*"

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

TO: *NEW ORLEANS PADDLEWHEELS, INC.*
*THROUGH ITS AGENT FOR SERVICE OF PROCESS*
*CRAIG SMITH*
*4220 HOWARD AVENUE*
*NEW ORLEANS, LA 70125*

DEPUTY CLERK OF COURT
ST. BERNARD PARISH



ORLEANS SHERIFF'S OFFICE
2021 JUL 28   RECEIVED

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES AND JURY ORDER.** The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy., Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Ci    (43) 210990 - Service Date 08/04/2021 Time 4:59 PM     Parish, Louisiana on the 20TH day of
JULY, 2021.    NEW ORLEANS PADDLEWHEELS, INC. THRU AGT

Personal at 4220 HOWARD AV
Keith Claiborne # 348, Orleans
Citation & Petition; Serial # 1;

SAW CHAST

Signature

andy S. Nunez
lerk of Court
arish of St. Bernard

Deputy Clerk
/S/ SHANNON A. WHITFIELD

www.rbclerk.com

---

**DOMICILIARY**

Date Received by the Parish of St. Bernard: _____

Date Served: _____

Address Served: _____

Domiciliary Service on: _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same.

Service intended for: _____ a person domiciled at the above address but was absent at the time of service.

Returned to Parish of St. Bernard this_____ day of _____, _____.

_____
Sheriff

**PERSONAL**

Date Received by the Parish of St. Bernard: _____

Date Served: _____

Address Served: _____

Personal Service on: _____

Returned to Parish of St. Bernard _____, _____.

_____
Sheriff

43 210990 / 1 / 9236

43 / AL       Badge # 348